# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br>Plaintiff,<br><br>V.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br>NATIONAL PARK SERVICE, and SEQUOIA AND KINGS<br>CANYON NATIONAL PARKS,<br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>CV 08 1079 |

TO: (Name and address of defendant)
SEQUOIA AND KINGS CANYON NATIONAL PARKS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Alison M. Tucher (CA SBN 171363)<br>Brooks M. Beard (CA SBN 181271)<br>Jamon L. Bollock (CA SBN 221513)<br>MORRISON & FOERSTER LLP<br>425 Market Street, 32nd Floor<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | Attorneys for Plaintiff<br>HIGH SIERRA HIKERS ASSOCIATION |

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 2 2 2008
DATE _____

_____
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com