1  ALISON M. TUCHER (CA SBN 171363)
     (Email: ATucher@mofo.com)
2  BROOKS M. BEARD (CA SBN 181271)
     (Email: BBeard@mofo.com)
3  JAMON L. BOLLOCK (CA SBN 221513)
     (Email: JBollock@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
5  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Plaintiff
   HIGH SIERRA HIKERS ASSOCIATION
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

| 12  HIGH SIERRA HIKERS ASSOCIATION, | Case No.   CV-08-1079 (BZ) |
|---|---|
| 13                    Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| 14       v. | **[LOCAL RULE 3-16]** |
| 15  UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, and SEQUOIA AND KINGS CANYON NATIONAL PARKS | |
| 17                    Defendants. | |

19

20      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21      PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 3-16, the undersigned

22  counsel of record for Plaintiff High Sierra Hikers Association certifies that, as of this date, other

23  than the named parties, there is no known financial or non-financial interest to report.  This

24  representation is made to enable the Court to evaluate possible disqualification or recusal.

25

26

27

28

                                        1
                    **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
sf-2472388

1  Respectfully submitted,

2

3  Dated: February 22, 2008                ALISON M. TUCHER
                                            BROOKS M. BEARD
                                            JAMON L. BOLLOCK
4                                           MORRISON & FOERSTER LLP

5

6                                           By: _____
                                                 Brooks M. Beard
7

8                                           Attorneys for Plaintiff
                                            HIGH SIERRA HIKERS ASSOCIATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

sf-2472388