1  ALISON M. TUCHER (CA SBN 171363)
   (Email: ATucher@mofo.com)
2  BROOKS M. BEARD (CA SBN 181271)
   (Email: BBeard@mofo.com)
3  JAMON L. BOLLOCK (CA SBN 221513)
   (Email: JBollock@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Plaintiff
   HIGH SIERRA HIKERS ASSOCIATION
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 HIGH SIERRA HIKERS ASSOCIATION,         Case No.  CV-08-1079 (BZ)

13              Plaintiff,                 **CERTIFICATE OF SERVICE BY U.S. MAIL**

14       v.                                [FED. R. CIV. PROC. RULE 5(B))]

15 UNITED STATES DEPARTMENT OF THE
   INTERIOR, NATIONAL PARK SERVICE, and
16 SEQUOIA AND KINGS CANYON NATIONAL
   PARKS
17
             Defendants.
18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE BY U.S. MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

**BY U.S. MAIL**

Craig Axtell, Superintendent
Sequoia and Kings Canyon National Parks
47050 Generals Highway
Three Rivers, CA 93271-9700

*Attorneys for Defendants*
Sequoia and Kings Canyon National Parks

**BY U.S. MAIL**

Jonathan B. Jarvis
Regional Director
National Park Service, Pacific West Region
One Jackson Center
1111 Jackson Street, Suite 700
Oakland, CA 94607

*Attorneys for Defendant*
National Park Service, Pacific West Region

**BY U.S. MAIL**

Dirk Kempthorne
Secretary of the Interior
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

*Attorneys for Defendant*
U.S. Department of the Interior

**BY U.S. MAIL**

Processing Clerk
Civil Division, 9th Floor
Office of the United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

*Attorneys for Defendant*
Office of the United States Attorney

Certificate of Service
sf-2475299

1    **BY U.S. MAIL**

2

3    U.S. Department of Justice
Room B-103
4    950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

5

6    *Attorneys for Defendant*
Office of the United States Attorney

7    I declare under penalty of perjury that the above is true and correct.

8    Executed at San Francisco, California, this 29th day of February, 2008.

| Kay Macera | /s/ |
|---|---|
| (typed) | (signature) |

Certificate of Service      2
sf-2475299