| | |
|---|---|
| 1 | ALISON M. TUCHER (CA SBN 171363) |
|   | (Email: ATucher@mofo.com) |
| 2 | BROOKS M. BEARD (CA SBN 181271) |
|   | (Email: BBeard@mofo.com) |
| 3 | JAMON L. BOLLOCK (CA SBN 221513) |
|   | (Email: JBollock@mofo.com) |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street, 32nd Floor |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | Attorneys for Plaintiff |
|   | HIGH SIERRA HIKERS ASSOCIATION |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 12 | HIGH SIERRA HIKERS ASSOCIATION, | | Case No.   CV-08-1079 (BZ) |
| 13 | Plaintiff, | | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |
| 14 | v. | | |
| 15 | UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, and | | **[RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE]** |
| 16 | SEQUOIA AND KINGS CANYON NATIONAL PARKS | | |
| 17 | | | |
|    | Defendants. | | |
| 18 | | | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff High Sierra Hikers Association ("HSHA") certifies that HSHA is not a publicly held corporation, does not have a corporate parent that is publicly held, and no publicly held entity owns HSHA stock.

1  Respectfully submitted,

2

3  Dated: February 28, 2008

                                            ALISON M. TUCHER
                                            BROOKS M. BEARD
                                            JAMON L. BOLLOCK
                                            MORRISON & FOERSTER LLP

                                            By:  *Brooks M. Beard / JLB*
                                                     Brooks M. Beard

                                            Attorneys for Plaintiff
                                            HIGH SIERRA HIKERS ASSOCIATION

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

sf-2474184