ALISON M. TUCHER (CA SBN 171363)
 (Email: ATucher@mofo.com)
BROOKS M. BEARD (CA SBN 181271)
 (Email: BBeard@mofo.com)
JAMON L. BOLLOCK (CA SBN 221513)
 (Email: JBollock@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, and SEQUOIA AND KINGS CANYON NATIONAL PARKS<br><br>            Defendants. | Case No.   CV-08-1079 (BZ)<br><br>**CERTIFICATE OF SERVICE BY U.S. MAIL**<br><br>[FED. R. CIV. PROC. RULE 5(B)) |

**CERTIFICATE OF SERVICE BY U.S. MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

| **BY U.S. MAIL** | **BY U.S. MAIL** |
|---|---|
| Craig Axtell, Superintendent<br>Sequoia and Kings Canyon National Parks<br>47050 Generals Highway<br>Three Rivers, CA 93271-9700<br><br>*Attorneys for Defendants*<br>Sequoia and Kings Canyon National Parks | Jonathan B. Jarvis<br>Regional Director<br>National Park Service, Pacific West Region<br>One Jackson Center<br>1111 Jackson Street, Suite 700<br>Oakland, CA 94607<br><br>*Attorneys for Defendant*<br>National Park Service, Pacific West Region |
| **BY U.S. MAIL** | **BY U.S. MAIL** |
| Dirk Kempthorne<br>Secretary of the Interior<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>*Attorneys for Defendant*<br>U.S. Department of the Interior | Processing Clerk<br>Civil Division, 9th Floor<br>Office of the United States Attorney<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>*Attorneys for Defendant*<br>Office of the United States Attorney |

**BY U.S. MAIL**

U.S. Department of Justice
Room B-103
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

*Attorneys for Defendant*
Office of the United States Attorney

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 29th day of February, 2008.

| Kay Macera | /s/ |
|:---:|:---:|
| (typed) | (signature) |