1  ALISON M. TUCHER (CA SBN 171363)
    (Email: ATucher@mofo.com)
2  BROOKS M. BEARD (CA SBN 181271)
    (Email: BBeard@mofo.com)
3  JAMON L. BOLLOCK (CA SBN 221513)
    (Email: JBollock@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Plaintiff
   HIGH SIERRA HIKERS ASSOCIATION
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | HIGH SIERRA HIKERS ASSOCIATION, | Case No.  CV-08-1079 (BZ) |
|---|---|---|
| 13 | Plaintiff, | **CONFIRMATION OF SERVICE UPON THE OFFICE OF THE UNITED STATES ATTORNEY** |
| 14 | v. | |
| 15 | UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, and SEQUOIA AND KINGS CANYON NATIONAL PARKS | |
| 17 | Defendants. | |

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br>Plaintiff, | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: |
| V.<br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br>NATIONAL PARK SERVICE, and SEQUOIA AND KINGS<br>CANYON NATIONAL PARKS,<br>Defendants. | CV 08 1079 BZ |

TO: (Name and address of defendant)

UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, and SEQUOIA AND KINGS CANYON NATIONAL PARKS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alison M. Tucher (CA SBN 171363)
Brooks M. Beard (CA SBN 181271)
Jamon L. Bollock (CA SBN 221513)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_[signature]_
(BY) DEPUTY CLERK

FEB 22 2008
DATE

American LegalNet, Inc.
www.USCourtForms.com

- 2 -

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | February 29, 2008 |

| Name of SERVER | | |
|---|---|---|
| James E. MacDonald | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

- [X] Served Personally upon the Defendant. Place where served:
  Office of the United States Attorney
  450 Golden Gate Avenue, 9th Floor
  San Francisco, CA 94102
  By leaving with: Elsie Sato, Secretary

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- [ ] Returned unexecuted:

- [ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/3/08
            Date

Signature of Server: *James E MacDonald*

Specialized Legal Services, Inc.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

**CERTIFICATE OF SERVICE BY U.S. MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**CONFIRMATION OF SERVICE UPON THE OFFICE OF
THE UNITED STATES ATTORNEY**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

| **BY U.S. MAIL** | **BY U.S. MAIL** |
|---|---|
| Craig Axtell, Superintendent<br>Sequoia and Kings Canyon National Parks<br>47050 Generals Highway<br>Three Rivers, CA 93271-9700<br><br>*Attorneys for Defendants*<br>Sequoia and Kings Canyon National Parks | Jonathan B. Jarvis<br>Regional Director<br>National Park Service, Pacific West Region<br>One Jackson Center<br>1111 Jackson Street, Suite 700<br>Oakland, CA 94607<br><br>*Attorneys for Defendant*<br>National Park Service, Pacific West Region |

| **BY U.S. MAIL** | **BY U.S. MAIL** |
|---|---|
| Dirk Kempthorne<br>Secretary of the Interior<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>*Attorneys for Defendant*<br>U.S. Department of the Interior | Processing Clerk<br>Civil Division, 9th Floor<br>Office of the United States Attorney<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>*Attorneys for Defendant*<br>Office of the United States Attorney |

**BY U.S. MAIL**

U.S. Department of Justice
Room B-103
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

*Attorneys for Defendant*
Office of the United States Attorney

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 4th day of March, 2008.

| Kay Macera | /s/ |
|---|---|
| (typed) | (signature) |