1  ALISON M. TUCHER (CA SBN 171363)
     (Email: ATucher@mofo.com)
2  BROOKS M. BEARD (CA SBN 181271)
     (Email: BBeard@mofo.com)
3  JAMON L. BOLLOCK (CA SBN 221513)
     (Email: JBollock@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Plaintiff
   HIGH SIERRA HIKERS ASSOCIATION
8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | HIGH SIERRA HIKERS ASSOCIATION, | Case No.   CV-08-1079 (BZ) |
|---|---|---|
| 14 | Plaintiff, | **PLAINTIFF'S NOTICE OF CONFIRMATION OF SERVICE OF THE COMPLAINT AND SUMMONS ON DEFENDANTS** |
| 15 | v. | |
| 16 | UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, and | |
| 17 | SEQUOIA AND KINGS CANYON NATIONAL PARKS, | |
| 18 | Defendants. | |

1  Pursuant to Federal Rule of Civil Procedure 4(i), as well as the U.S. District Court for the
2  Northern District of California's Civil Local Rules 4-2 and 16-2, the following documents were
3  served on defendants U.S. Department of the Interior, National Park Service, and Sequoia and
4  Kings Canyon National Parks (collectively, "Defendants"), as well as the U.S. Department of
5  Justice:

- A copy of the Summons;
- A copy of the Complaint for Injunctive and Declaratory Relief;
- A copy of the Civil Cover Sheet, Welcome to the U.S. District Court Information, and U.S. District Court for the Northern District of California Electronic Case Filing Registration Information Handout;
- A copy of the Order Setting Initial Case Management Conference and ADR Deadlines, issued pursuant to Civil Local Rule 16-2(a);
- A copy of Magistrate Judge Bernard Zimmerman's Standing Orders; and
- A copy of the District Court's Standing Order and Instructions for the Preparation of a Joint Case Management Statement.

(Declaration of Kay Macera in Support of Plaintiff's Confirmation of Service of the Complaint and Summons on Defendants at 1.)

The above documents were sent to Defendants on February 29, 2008, via U.S. Mail, Certified Return Receipt Requested. (*Id.*)

Dated: March 12, 2008

ALISON M. TUCHER
BROOKS M. BEARD
JAMON L. BOLLOCK
MORRISON & FOERSTER LLP

By: _____
Jamon L. Bollock

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION

**CERTIFICATE OF SERVICE BY U.S. MAIL**
**(Fed. R. Civ. Proc. rule 5(b))**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**PLAINTIFF'S NOTICE OF CONFIRMATION OF SERVICE OF THE COMPLAINT AND SUMMONS ON DEFENDANTS**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Craig Axtell, Superintendent
**Sequoia and Kings Canyon National Parks**
47050 Generals Highway
Three Rivers, CA 93271-9700

*Attorneys for Defendants Sequoia and Kings Canyon National Parks*

Dirk Kempthorne
Secretary of the Interior
**U.S. Department of the Interior**
1849 C Street, N.W.
Washington, D.C. 20240

*Attorneys for Defendant U.S. Department of the Interior*

Dirk Kempthorne
Secretary of the Interior
**U.S. Department of the Interior**
1849 C Street, N.W.
Washington, D.C. 20240

*Attorneys for Defendant U.S. Department of the Interior*

**U.S. Department of Justice**
Room B-103
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

*Attorneys for Defendant Office of the United States Attorney*

Processing Clerk
Civil Division, 9th Floor
**Office of the United States Attorney**
450 Golden Gate Avenue
San Francisco, CA 94102

*Attorneys for Defendant Office of the United States Attorney*

1    I declare under penalty of perjury that the above is true and correct.

2    Executed at San Francisco, California, this 12th day of March, 2008.

| Kay Macera | /s/ |
|---|---|
| (typed) | (signature) |

1  ALISON M. TUCHER (CA SBN 171363)
   (Email: ATucher@mofo.com)
2  BROOKS M. BEARD (CA SBN 181271)
   (Email: BBeard@mofo.com)
3  JAMON L. BOLLOCK (CA SBN 221513)
   (Email: JBollock@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Plaintiff
   HIGH SIERRA HIKERS ASSOCIATION
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  HIGH SIERRA HIKERS ASSOCIATION,        Case No.   CV-08-1079 (BZ)

14           Plaintiff,                    **DECLARATION OF KAY MACERA
                                           IN SUPPORT OF PLAINTIFF'S
15      v.                                 NOTICE OF CONFIRMATION OF
                                           SERVICE OF THE COMPLAINT
16  UNITED STATES DEPARTMENT OF THE        AND SUMMONS ON DEFENDANTS**
    INTERIOR, NATIONAL PARK SERVICE, and
17  SEQUOIA AND KINGS CANYON NATIONAL
    PARKS,
18
             Defendants.
19

**EXHIBIT 1**

DECLARATION OF KAY MACERA IN SUPPORT OF PLAINTIFF'S CONFIRMATION OF SERVICE OF SUMMONS AND COMPLAINT
No. CV-08-1079 BZ

sf-2482366

1    I, Kay Macera, declare as follows:

2    1.   I am employed by the law firm of Morrison & Foerster LLP, counsel for Plaintiff High Sierra Hikers in this case. I have personal knowledge of the matters stated in this declaration. I could and would testify competently to the matters stated herein if called to do so.

2.   In compliance with Federal Rule of Civil Procedure 4(i), I served a copy of the following documents on defendants U.S. Department of the Interior, National Park Service, and Sequoia and Kings Canyon National Parks (collectively, "Defendants"), as well as the U.S. Department of Justice:

- A copy of the Summons;
- A copy of the Complaint for Injunctive and Declaratory Relief;
- A copy of the Civil Cover Sheet, Welcome to the U.S. District Court Information, and U.S. District Court for the Northern District of California Electronic Case Filing Registration Information Handout;
- A copy of the Order Setting Initial Case Management Conference and ADR Deadlines, issued pursuant to Civil Local Rule 16-2(a);
- A copy of Magistrate Judge Bernard Zimmerman's Standing Orders; and
- A copy of the District Court's Standing Order and Instructions for the Preparation of a Joint Case Management Statement.

3.   The above documents were sent to Defendants on February 29, 2008, via U.S. Mail, Certified Return Receipt Requested, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster LLP's ordinary business practices.

4.   Each of the following addressees received the above documents and acknowledged receipt of the same on the dates reflected below.

Craig Axtell, Superintendent
Sequoia & Kings Canyon National Parks
47050 Generals Highway
Three Rivers, CA 93271-9700
**March 1, 2008**

---

1                                                                    **EXHIBIT 1**

DECLARATION OF KAY MACERA IN SUPPORT OF PLAINTIFF'S CONFIRMATION OF SERVICE OF SUMMONS AND COMPLAINT
No. CV-08-1079 BZ

sf-2482366

| | |
|---|---|
| 1 | Jonathan B. Jarvis, Regional Director |
| 2 | National Park Service, Pacific West Region |
|   | One Jackson Center |
| 3 | 1111 Jackson Street, Suite 700 |
|   | Oakland, CA 94607 |
| 4 | ***March 3, 2008*** |
| 5 | Michael Mukasey, Attorney General |
|   | U.S. Department of Justice |
| 6 | Room B-103 |
| 7 | 950 Pennsylvania Avenue, N.W |
|   | Washington, DC 20530 |
| 8 | ***March 3, 2008*** |
| 9 | Dick Kempthorne, Secretary of the Interior |
|   | U.S. Department of the interior |
| 10 | 1849 C Street, N.W. |
| 11 | Washington, D.C. 20040 |
|   | ***March 3, 2008*** |

5. Attached hereto as **Exhibit 1** are true and correct copies of the certified mail receipts returned by Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 12th day of March, 2008.

| Kay Macera | /s/ |
|---|---|
| (typed) | (signature) |

2    **EXHIBIT 1**