ALISON M. TUCHER (CA SBN 171363)
  (Email: ATucher@mofo.com)
BROOKS M. BEARD (CA SBN 181271)
  (Email: BBeard@mofo.com)
JAMON L. BOLLOCK (CA SBN 221513)
  (Email: JBollock@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HIGH SIERRA HIKERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, and SEQUOIA AND KINGS CANYON NATIONAL PARKS,<br><br>Defendants. | Case No.   CV-08-1079 (BZ)<br><br>**AMENDED CERTIFICATE OF SERVICE OF PLAINTIFF'S NOTICE OF CONFIRMATION OF SERVICE OF THE COMPLAINT AND SUMMONS ON DEFENDANTS** |
|---|---|

**AMENDED CERTIFICATE OF SERVICE BY U.S. MAIL**
**(Fed. R. Civ. Proc. rule 5(b))**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage hereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**PLAINTIFF'S NOTICE OF CONFIRMATION OF SERVICE OF THE COMPLAINT AND SUMMONS ON DEFENDANTS**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| Craig Axtell, Superintendent<br>**Sequoia and Kings Canyon National Parks**<br>47050 Generals Highway<br>Three Rivers, CA 93271-9700<br><br>*Attorneys for Defendants Sequoia and Kings Canyon National Parks* | Dirk Kempthorne<br>Secretary of the Interior<br>**U.S. Department of the Interior**<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>*Attorneys for Defendant U.S. Department of the Interior* |
| Jonathan B. Jarvis<br>Regional Director<br>**National Park Service, Pacific West Region**<br>One Jackson Center<br>1111 Jackson Street, Suite 700<br>Oakland, CA 94607<br><br>*Attorneys for Defendant National Park Service, Pacific West Region* | **U.S. Department of Justice**<br>Room B-103<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001<br><br>*Attorneys for Defendant Office of the United States Attorney* |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 12th day of March, 2008.

| Kay Macera | /s/ |
|---|---|
| (typed) | (signature) |