# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

March 18, 2008

To:  Brooks M. Beard
　　　Alison Margaret Tucher
　　　Jamon Lee Bollock
　　　Morrison & Foerster LLP
　　　425 Market Street, 32nd Floor
　　　San Francisco, CA 94105-2482


Re: High Sierra Hikers Association v. United States Department of Interior, et al.
C08-1079 BZ


Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for June 9, 2008 at 4:00 p.m.  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

　　　　　　　　　/s/ Lashanda Scott
By:　Lashanda Scott
　　　Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd