UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

High Sierra Hikers Association,

        Plaintiff(s),

    v.

United States Department of the Interior, et al.

        Defendant(s).

No. CV 08-01079 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 19, 2008

Signature: [signed]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

**CERTIFICATE OF SERVICE BY U.S. MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Craig Axtell, Superintendent
**Sequoia and Kings Canyon National Parks**
47050 Generals Highway
Three Rivers, CA 93271-9700

*Attorneys for Defendants*
*Sequoia and Kings Canyon National Parks*

Jonathan B. Jarvis
Regional Director
**National Park Service, Pacific West Region**
One Jackson Center
1111 Jackson Street, Suite 700
Oakland, CA 94607

*Attorneys for Defendant*
*National Park Service, Pacific West Region*

Dirk Kempthorne
Secretary of the Interior
**U.S. Department of the Interior**
1849 C Street, N.W.
Washington, D.C. 20240

*Attorneys for Defendant*
*U.S. Department of the Interior*

**U.S. Department of Justice**
Room B-103
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

*Attorneys for Defendant*
*Office of the United States Attorney*

1
2  Processing Clerk
   Civil Division, 9th Floor
3  **Office of the United States Attorney**
   450 Golden Gate Avenue
4  San Francisco, CA  94102

5  *Attorneys for Defendant*
   *Office of the United States Attorney*
6

7  I declare under penalty of perjury that the above is true and correct.

8  Executed at San Francisco, California, this 19th day of March, 2008.

9

10      Kay Macera              /s/
        (typed)              (signature)

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28