1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
4 |
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7322
6 | Facsimile:  (415) 436-6748
Email: michael.t.pyle@usdoj.gov
7 |
Attorneys for Federal Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 |

13 | HIGH SIERRA HIKERS ASSOCIATION,    )    No. C 08-1079 WHA
           )
    Plaintiff,    )
14 |           )    **DEFENDANTS UNITED STATES**
           )    **DEPARTMENT OF THE INTERIOR,**
15 |     v.    )    **NATIONAL PARK SERVICE AND**
           )    **SEQUOIA AND KINGS CANYON**
16 | UNITED STATES DEPARTMENT OF    )    **NATIONAL PARKS' ANSWER TO**
THE INTERIOR, et al.,    )    **PLAINTIFF'S COMPLAINT**
           )
17 |    Defendants.    )
           )
18 | _____    )

19 |      Defendants United States Department of the Interior ("DOI"), National Park Service ("NPS")

20 | and Sequoia and Kings Canyon National Parks ("SEKI") (collectively referred to as "Federal

21 | Defendants"), by and through their counsel, hereby admit, deny, allege and otherwise respond to

22 | Plaintiff High Sierra Hikers Association's ("HSHA") Complaint ("Complaint") as follows:

23 | 1.  Answering paragraph 1, the Federal Defendants have insufficient information to admit or

24 |      deny the allegations of this paragraph and therefore deny each and every allegation in this

25 |      paragraph.

26 | 2.  Answering paragraph 2, the Federal Defendants have insufficient information to admit or

27 |      deny the allegations of this paragraph and therefore deny each and every allegation in this

28 |      paragraph.

ANSWER OF FEDERAL DEFENDANTS
C08-1079 WHA                                              1

1    3.  Answering paragraph 3, the Federal Defendants have insufficient information to admit or

2        deny the allegations of this paragraph and therefore deny each and every allegation in this

3        paragraph.

4    4.  Answering paragraph 4, the Federal Defendants have insufficient information to admit or

5        deny the allegations of this paragraph and therefore deny each and every allegation in this

6        paragraph.

7    5.  Answering paragraph 5, the Federal Defendants admit that the Court has jurisdiction over this

8        case.  Except as so expressly admitted, the Federal Defendants deny each and every allegation

9        in this paragraph.

10   6.  Answering paragraph 6, the Federal Defendants deny each and every allegation in this

11       paragraph.

12   7.  Answering paragraph 7, the Federal Defendants have insufficient information to admit or

13       deny the allegations of this paragraph and therefore deny each and every allegation in this

14       paragraph.

15   8.  Answering paragraph 8, the Federal Defendants have insufficient information to admit or

16       deny the allegations of this paragraph and therefore deny each and every allegation in this

17       paragraph.

18   9.  Answering paragraph 9, the Federal Defendants admit that Defendant DOI is an agency of the

19       federal government of the United States of America.  Except as so expressly admitted, the

20       Federal Defendants deny each and every allegation in this paragraph.

21   10.  Answering paragraph 10, the Federal Defendants admit that the NPS is an agency within the

22        DOI and that the NPS is responsible for managing SEKI.  Except as so expressly admitted,

23        the Federal Defendants deny each and every allegation in this paragraph.

24   11. Answering paragraph 11, the Federal Defendants admit that NPS's Pacific West Region

25       office ("Regional Office") is located in Oakland, California.  Except as so expressly

26       admitted, the Federal Defendants deny each and every allegation in this paragraph.

27   12. Answering paragraph 12, the Federal Defendants admit that SEKI is the administrative

28       branch of the NPS responsible for managing Sequoia National Park and Kings Canyon

1    National Park.  Except as so expressly admitted, the Federal Defendants deny each and every

2    allegation in this paragraph.

3    13. Answering paragraph 13, the Federal Defendants admit that SEKI's office is located in Ash

4    Mountain, California and its mailing address is located in Three Rivers, California.  Except

5    as so expressly admitted, the Federal Defendants deny each and every allegation in this

6    paragraph.

7    14. Answering paragraph 14, the Federal Defendants admit that on or about March 23, 2005

8    HSHA sent a Freedom of Information Act ("FOIA") request to the FOIA Officer at SEKI

9    requesting records regarding the SEKI General Management Plan (the "Plan") and the NPS's

10    planning process for developing the Plan.  Except as so expressly admitted, the Federal

11    Defendants deny each and every allegation in this paragraph.

12    15. Answering paragraph 15, the Federal Defendants admit that a true and correct copy of the

13    document identified in this paragraph is attached to the Complaint.  Except as so expressly

14    admitted, the Federal Defendants deny each and every allegation in this paragraph.

15    16. Answering paragraph 16, the Federal Defendants admit the allegations of this paragraph.

16    17. Answering paragraph 17, the Federal Defendants admit that HSHA included a Justification

17    for Fee Waiver with its March 23, 2005 FOIA request.  Except as so expressly admitted, the

18    Federal Defendants deny each and every allegation in this paragraph.

19    18.  Answering paragraph 18, the Federal Defendants admit that on August 23, 2005 NPS's

20    Regional Office denied HSHA's fee waiver request.  Except as so expressly admitted, the

21    Federal Defendants deny each and every allegation in this paragraph.

22    19. Answering paragraph 19, the Federal Defendants admit that a true and correct copy of the

23    document identified in this paragraph is attached to the Complaint. Except as so expressly

24    admitted, the Federal Defendants deny each and every allegation in this paragraph.

25    20. Answering paragraph 20, the Federal Defendants admit that on September 30, 2005 HSHA

26    appealed the Regional Office's denial of the fee waiver request. Except as so expressly

27    admitted, the Federal Defendants deny each and every allegation in this paragraph.

28    21. Answering paragraph 21, the Federal Defendants admit that a true and correct copy of the

ANSWER OF FEDERAL DEFENDANTS
C08-1079 WHA                                      3

1    document identified in this paragraph is attached to the Complaint.  Except as so expressly

2    admitted, the Federal Defendants deny each and every allegation in this paragraph.

3    22.  Answering paragraph 22, the Federal Defendants admit that on November 1, 2005 DOI's

4    FOIA Appeals Office resolved HSHA's appeal in HSHA's favor.  Except as so expressly

5    admitted, the Federal Defendants deny each and every allegation in this paragraph.

6    23. Answering paragraph 23, the Federal Defendants admit that a true and correct copy of the

7    document identified in this paragraph is attached to the Complaint.  Except as so expressly

8    admitted, the Federal Defendants deny each and every allegation in this paragraph.

9    24. Answering paragraph 24, the Federal Defendants admit that the DOI's FOIA Appeals Office

10    directed the processing of HSHA's FOIA request.  Except as so expressly admitted, the

11    Federal Defendants deny each and every allegation in this paragraph.

12    25. Answering paragraph 25, the Federal Defendants admit that on January 25, 2006 the

13    Regional Office issued a partial "interim response" to HSHA's FOIA request, which stated

14    that documents responsive to HSHA's first four requests would be mailed separately and that

15    the Regional Office would complete its review of electronic files responsive to HSHA's fifth

16    request by February 15, 2006.  Except as so expressly admitted, the Federal Defendants deny

17    each and every allegation in this paragraph.

18    26. Answering paragraph 26, the Federal Defendants admit that a true and correct copy of the

19    document identified in this paragraph is attached to the Complaint. Except as so expressly

20    admitted, the Federal Defendants deny each and every allegation in this paragraph.

21    27. Answering paragraph 27, the Federal Defendants admit that on February 14, 2006 HSHA

22    filed a second appeal requesting that the DOI's FOIA Appeals Office review the Regional

23    Office's partial "interim response."  Except as so expressly admitted, the Federal Defendants

24    deny each and every allegation in this paragraph.

25    28. Answering paragraph 28, the Federal Defendants admit that a true and correct copy of the

26    document identified in this paragraph is attached to the Complaint. Except as so expressly

27    admitted, the Federal Defendants deny each and every allegation in this paragraph.

28    29. Answering paragraph 29, the Federal Defendants admit that in its second appeal HSHA

1  claimed that the Regional Office had failed to comply with FOIA's time constraints. Except

2  as so expressly admitted, the Federal Defendants deny each and every allegation in this

3  paragraph.

4  30. Answering paragraph 30, the Federal Defendants admit that HSHA claimed that the Regional

5  Office failed to state whether the documents sent to HSHA constituted all of the responsive

6  records in the NPS's files or whether the NPS intended to withhold any records.  Except as so

7  expressly admitted, the Federal Defendants deny each and every allegation in this paragraph.

8  31. Answering paragraph 31, the Federal Defendants admit that HSHA claimed in its second

9  appeal that the records produced pertained only to HSHA's first request, but that no

10  documents responsive to the second, third, or fourth requests were produced by the Regional

11  Office.  Except as so expressly admitted, the Federal Defendants deny each and every

12  allegation in this paragraph.

13  32. Answering paragraph 32, the Federal Defendants admit that HSHA claimed that having the

14  Regional Office search electronic files – as described in the "interim request" – was

15  insufficient to satisfy the fifth request.  Except as so expressly admitted, the Federal

16  Defendants deny each and every allegation in this paragraph.

17  33. Answering paragraph 33, the Federal Defendants admit that the Regional Office issued its

18  "final response" to HSHA's FOIA request in a letter dated February 23, 2006, but

19  postmarked March 3, 2006. Except as so expressly admitted, the Federal Defendants deny

20  each and every allegation in this paragraph.

21  34. Answering paragraph 34, the Federal Defendants admit that a true and correct copy of the

22  document identified in this paragraph is attached to the Complaint.  Except as so expressly

23  admitted, the Federal Defendants deny each and every allegation in this paragraph.

24  35. Answering paragraph 35, the Federal Defendants admit that a true and correct copy of the

25  document identified in this paragraph is attached to the Complaint. Except as so expressly

26  admitted, the Federal Defendants deny each and every allegation in this paragraph.

27  36. Answering paragraph 36, the Federal Defendants deny each and every allegation in this

28  paragraph.

1  37. Answering paragraph 37, the Federal Defendants admit that HSHA submitted a FOIA Appeal

2  dated March 31, 2006, but allege that the date the appeal was filed is April 7, 2006, which is

3  the date that the DOI received it.  Except as so expressly admitted, the Federal Defendants

4  deny each and every allegation in this paragraph.

5  38. Answering paragraph 38, the Federal Defendants admit that a true and correct copy of the

6  document identified in this paragraph is attached to the Complaint. Except as so expressly

7  admitted, the Federal Defendants deny each and every allegation in this paragraph.

8  39. Answering paragraph 39, the Federal Defendants admit that HSHA claimed that the NPS did

9  not respond within the time constraints mandated by FOIA.  Except as so expressly admitted,

10  the Federal Defendants deny each and every allegation in this paragraph.

11  40. Answering paragraph 40, the Federal Defendants admit that HSHA claimed in its third appeal

12  that the Regional Office failed to comply with FOIA's requirement that the NPS state

13  whether the documents sent to HSHA constitute all of the responsive records in the NPS's

14  files or whether the NPS intended to withhold any records.  Except as so expressly admitted,

15  the Federal Defendants deny each and every allegation in this paragraph.

16  41. Answering paragraph 41, the Federal Defendants admit that HSHA claimed that the Regional

17  Office failed to provide any documents responsive to the second, third or fourth requests and

18  that the records provided in response to the fifth request were not fully responsive because

19  the Regional Office searched the files of only two employees.  Except as so expressly

20  admitted, the Federal Defendants deny each and every allegation in this paragraph.

21  42. Answering paragraph 42, the Federal Defendants admit that HSHA claimed that the Regional

22  Office failed to comply with FOIA by refusing to provide reasonably segregable portions of

23  withheld records.  Except as so expressly admitted, the Federal Defendants deny each and

24  every allegation in this paragraph.

25  43. Answering paragraph 43, the Federal Defendants admit that on April 18, 2006, Darrell

26  Strayhorn of the DOI's FOIA Appeals Office sent a letter to HSHA in which she

27  acknowledged receipt of HSHA's second appeal, but found it to be premature given that the

28  Regional Office's response was merely "interim."  Except as so expressly admitted, the

1  Federal Defendants deny each and every allegation in this paragraph.

2  44. Answering paragraph 44, the Federal Defendants admit that a true and correct copy of the

3  document identified in this paragraph is attached to the Complaint. Except as so expressly

4  admitted, the Federal Defendants deny each and every allegation in this paragraph.

5  45. Answering paragraph 45, the Federal Defendants admit that on April 20, 2006 Ms. Strayhorn

6  sent a letter to HSHA acknowledging receipt of its third appeal, assigning an appeal number

7  (2006-118), and stating that a decision on the appeal would be reached within 20 days.

8  Except as so expressly admitted, the Federal Defendants deny each and every allegation in

9  this paragraph.

10  46. Answering paragraph 46, the Federal Defendants admit that a true and correct copy of the

11  document identified in this paragraph is attached to the Complaint.  Except as so expressly

12  admitted, the Federal Defendants deny each and every allegation in this paragraph.

13  47. Answering paragraph 47, the Federal Defendants admit that on November 26, 2006, the NPS

14  published the proposed Final General Management Plan and Comprehensive River

15  Management Plan/Final Environmental Impact Statement for Sequoia and Kings Canyon

16  National Parks and Middle and South Forks of the Kings River and North Fork of the Kern

17  River in the Federal Register (Vol. 71, No. 223, Page 67158).  Except as so expressly

18  admitted, the Federal Defendants deny each and every allegation in this paragraph.

19  48. Answering paragraph 48, the Federal Defendants have insufficient information to admit or

20  deny the allegations of this paragraph and therefore deny each and every allegation in this

21  paragraph.

22  49. Answering paragraph 49, the Federal Defendants admit that HSHA informed Ms. Lane on

23  February 27, 2007, that it was still interested in pursuing the third appeal.  NPS has

24  insufficient information to admit or deny the allegations of this paragraph that Ms. Lane

25  assured HSHA that the appeal would be addressed in 20 days and therefore denies those

26  allegations.  Except as so expressly admitted, the Federal Defendants deny each and every

27  allegation in this paragraph.

28  50. Answering paragraph 50, the Federal Defendants admit that HSHA did not receive a

1   response, and that on May 23, 2007 HSHA sent a letter to Ms. Strayhorn.  Except as so

2   expressly admitted, the Federal Defendants deny each and every allegation in this paragraph.

3   51. Answering paragraph 51, the Federal Defendants admit that a true and correct copy of the

4   document identified in this paragraph is attached to the Complaint. Except as so expressly

5   admitted, the Federal Defendants deny each and every allegation in this paragraph.

6   52. Answering paragraph 52, the Federal Defendants admit that HSHA sent a letter to Ms.

7   Strayhorn dated December 4, 2007.  Except as so expressly admitted, the Federal Defendants

8   deny each and every allegation in this paragraph.

9   53. Answering paragraph 53, the Federal Defendants admit that a true and correct copy of the

10   document identified in this paragraph is attached to the Complaint. Except as so expressly

11   admitted, the Federal Defendants deny each and every allegation in this paragraph.

12   54. Answering paragraph 54, the Federal Defendants admit that on December 20, 2007 the NPS

13   published its Record of Decision for the Plan in the Federal Register (Vol. 72, No. 244, page

14   72374).  Except as so expressly admitted, the Federal Defendants deny each and every

15   allegation in this paragraph.

16   55. Answering paragraph 55, the Federal Defendants admit that as of the date the Complaint was

17   filed the Department has not resolved HSHA's third appeal or responded to HSHA's May 23,

18   or December 4, 2007 letters.  Except as so expressly admitted, the Federal Defendants deny

19   each and every allegation in this paragraph.

20   56. Answering paragraph 56, the Federal Defendants deny each and every allegation in this

21   paragraph.

22   57. Answering paragraph 57, the Federal Defendants deny each and every allegation in this

23   paragraph.

24   58.  Answering paragraph 58, the Federal Defendants repeat and reallege their responses to

25   paragraphs 1 through 57 with the same force and effect as if fully set forth herein.

26   59.  Answering paragraph 59, the Federal Defendants admit that HSHA complied with the

27   requirements of 5 U.S.C. § 552 and 43 CRF §2.7-2.11.  Except as so expressly admitted, the

28   Federal Defendants deny each and every allegation in this paragraph.

1    60. Answering paragraph 60, the Federal Defendants admit that the records requested by HSHA

2        were under the custody and/or control of one or more of the Federal Defendants.  Except as

3        so expressly admitted, the Federal Defendants deny each and every allegation in this

4        paragraph.

5    61.  Answering paragraph 61, the Federal Defendants deny each and every allegation in this

6        paragraph.

7    62. Answering paragraph 62, the Federal Defendants deny each and every allegation in this

8        paragraph.

9    63. Answering paragraph 63, the Federal Defendants deny each and every allegation in this

10        paragraph.

11    64. Answering paragraph 64, the Federal Defendants deny each and every allegation in this

12        paragraph.

13    65. Answering paragraph 65, the Federal Defendants deny each and every allegation in this

14        paragraph.

15    66.  Answering paragraph 66, the Federal Defendants deny each and every allegation in this

16        paragraph.

17    67.  Answering paragraph 67, the Federal Defendants deny each and every allegation in this

18        paragraph.

19    68. Answering Paragraph 68, the Federal Defendants repeat and reallege their responses to

20        paragraphs 1 through 67 with the same force and effect as if fully set forth herein.

21    69. Answering paragraph 69, the Federal Defendants admit that on November 1, 2005 the DOI's

22        FOIA Appeals Office resolved HSHA's first appeal in HSHA's favor and directed the NPS to

23        proceed with processing of HSHA's FOIA request.  Except as so expressly admitted, the

24        Federal Defendants deny each and every allegation in this paragraph.

25    70. Answering paragraph 70, the Federal Defendants deny each and every allegation in this

26        paragraph.

27    71.  Answering paragraph 71, the Federal Defendants admit that at no time did any of the Federal

28        Defendants assert the existence of any "unusual circumstances" related to the request that

1  would allow an extension pursuant to 5 U.S.C. §552(a)(6)(B).  Except as so expressly

2  admitted, the Federal Defendants deny each and every allegation in this paragraph.

3  72.  Answering paragraph 72, the Federal Defendants admit that at no time did any Federal

4  Defendant provide HSHA with written notice to invoke the "unusual circumstances " basis

5  for an extension under 5 U.S.C. §552(a)(6)(B).  Except as so expressly admitted, the Federal

6  Defendants deny each and every allegation in this paragraph.

7  73.  Answering paragraph 73, the Federal Defendants deny each and every allegation in this

8  paragraph.

9  74.  Answering paragraph 74, the Federal Defendants deny each and every allegation in this

10  paragraph.

11  75.  Answering paragraph 75, the Federal Defendants admit that in its partial "interim response,"

12  the NPS stated that it would issue a "final response" on February 15, 2006.  Except as so

13  expressly admitted, the Federal Defendants deny each and every allegation in this paragraph.

14  76. Answering paragraph 76, the Federal Defendants deny each and every allegation in this

15  paragraph.

16  77.  Answering paragraph 77, the Federal Defendants deny each and every allegation in this

17  paragraph.

18  78. Answering paragraph 78, the Federal Defendants deny each and every allegation in this

19  paragraph.

20  79.  Answering Paragraph 79, the Federal Defendants repeat and reallege their responses to

21  paragraphs 1 through 78 with the same force and effect as if fully set forth herein.

22  80.  Answering paragraph 80, the Federal Defendants deny each and every allegation in this

23  paragraph.

24  81. Answering paragraph 81, the Federal Defendants deny each and every allegation in this

25  paragraph.

26  82. Answering paragraph 82, the Federal Defendants deny each and every allegation in this

27  paragraph.

28  83. Answering Paragraph 83, the Federal Defendants repeat and reallege their responses to

ANSWER OF FEDERAL DEFENDANTS
C08-1079 WHA                            10

1 paragraphs 1 through 82 with the same force and effect as if fully set forth herein.

2 84. Answering paragraph 84, the Federal Defendants admit that HSHA submitted a FOIA Appeal

3 dated March 31, 2006, but the date the appeal was filed is April 7, 2006, which is the date

4 that the DOI received it.  Except as so expressly admitted, the Federal Defendants deny each

5 and every allegation in this paragraph.

6 85. Answering paragraph 85, the Federal Defendants admit that the DOI acknowledged receipt of

7 the third appeal on April 20, 2006 and assigned it Appeal Number 2006-118.  Except as so

8 expressly admitted, the Federal Defendants deny each and every allegation in this paragraph.

9 86. Answering paragraph 86, the Federal Defendants admit that as of the date of the filing of this

10 Complaint, the DOI  had not responded to HSHA's third appeal.  Except as so expressly

11 admitted, the Federal Defendants deny each and every allegation in this paragraph.

12 87. Answering Paragraph 87, the Federal Defendants repeat and reallege their responses to

13 paragraphs 1 through 86 with the same force and effect as if fully set forth herein.

14 88. Answering paragraph 88, the Federal Defendants admit that HSHA submitted a FOIA Appeal

15 dated March 31, 2006, but the date the appeal was filed is April 7, 2006, which is the date

16 that the DOI received it.  Except as so expressly admitted, the Federal Defendants deny each

17 and every allegation in this paragraph.

18 89. Answering paragraph 89, the Federal Defendants deny each and every allegation in this

19 paragraph.

20 90. Answering paragraph 90, the Federal Defendants admit that at no time did any Federal

21 Defendant assert the existence of any "unusual circumstances" related to the request that

22 would allow an extension pursuant to 5 U.S.C. §552(a)(6)(B).  Except as so expressly

23 admitted, the Federal Defendants deny each and every allegation in this paragraph.

24 91. Answering paragraph 91, the Federal Defendants admit that at no time did any Federal

25 Defendant provide HSHA with written notice to invoke the "unusual circumstances " basis

26 for an extension under 5 U.S.C.  §552(a)(6)(B).  Except as so expressly admitted, the Federal

27 Defendants deny each and every allegation in this paragraph.

28 92. Answering paragraph 92, the Federal Defendants admit that there are no "unusual

ANSWER OF FEDERAL DEFENDANTS
C08-1079 WHA                                11

1    circumstances" within the meaning of 5 U.S.C. §552(a)(6)(B) that apply to DOI's response to

2    HSHA's third appeal.  Except as so expressly admitted, the Federal Defendants deny each

3    and every allegation in this paragraph.

4    93. Answering paragraph 93, the Federal Defendants admit that as of the date of the filing of this

5    Complaint, no Federal Defendant had responded to HSHA's third appeal. Except as so

6    expressly admitted, the Federal Defendants deny each and every allegation in this paragraph.

7    94. Answering paragraph 94, the Federal Defendants deny each and every allegation in this

8    paragraph.

9    95. Answering Paragraph 95, the Federal Defendants repeat and reallege their responses to

10    paragraphs 1 through 94 with the same force and effect as if fully set forth herein.

11    96. Answering paragraph 96, Federal Defendants deny each and every allegation in this

12    paragraph.

13    97.  Answering paragraph 97, the Federal Defendants have insufficient information to admit or

14    deny the allegations of this paragraph and therefore deny each and every allegation in this

15    paragraph.

16    98.  Answering paragraph 98, the Federal Defendants deny each and every allegation in this

17    paragraph.

18    99. Answering paragraph 99, the Federal Defendants have insufficient information to admit or

19    deny the allegations of this paragraph and therefore deny each and every allegation in this

20    paragraph.

21    100.      Answering paragraph 100, the Federal Defendants deny each and every allegation in

22    this paragraph.

23    101.      Answering paragraph 101, the Federal Defendants deny each and every allegation in

24    this paragraph.

25    102.      Answering paragraph 102,  the Federal Defendants deny each and every allegation in

26    this paragraph.

27    103.      Answering paragraph 103, the Federal Defendants deny each and every allegation in

28    this paragraph.

104.     Answering paragraph 104, the Federal Defendants deny each and every allegation in this paragraph.

105.     Answering paragraph 105, the Federal Defendants deny each and every allegation in this paragraph.

106.     Answering paragraph 106, the Federal Defendants deny each and every allegation in this paragraph.

107.     Answering paragraph 107, the Federal Defendants deny each and every allegation in this paragraph.

108.     Answering paragraph 108, the Federal Defendants deny each and every allegation in this paragraph.

109.     Answering paragraph 109, the Federal Defendants deny each and every allegation in this paragraph.

The remaining allegations of the Complaint constitute HSHA's prayer for relief to which no response is required. However, the Federal Defendants deny that HSHA is entitled to the relief requested or to any relief whatsoever. The Federal Defendant further deny each and every allegation of the Complaint that has not been admitted, denied, or otherwise qualified above.

In further answer to the Complaint and as separate affirmative defenses, the Federal Defendants allege as follows:


**FIRST AFFIRMATIVE DEFENSE**
(Failure to State a Claim)

110. Plaintiff's Complaint fails to state a claim upon which relief can be granted. As to Federal Defendants SEKI, the Federal Defendants allege that SEKI is not an "agency" subject to suit under FOIA. As to HSHA's Administrative Procedure Act ("APA") claim, the APA only waives sovereign immunity where (1) plaintiff's claims are not for money damages, (2) an adequate remedy is not available elsewhere, and (3) the claims do not seek relief that is expressly or impliedly forbidden by another statute. *Tucson Airport Auth. v. General Dynamics Corp.*, 136 F.3d 641, 645 (9th Cir. 1988). In a FOIA case like this one, the Federal Defendants allege that

1   the APA claim must be dismissed because FOIA provides an adequate remedy. *See e.g., Walsh*

2   *v. United States Department of Veterans Affairs*, 400 F.3d 535 (7th Cir. 2005); *People for the*

3   *American Way Foundation v. National Park Service*, 503 F. Supp. 2d 284 (D.D.C. 2007).

4

5                          **SECOND AFFIRMATIVE DEFENSE**
                            (Further Affirmative Defenses)

6

7   111.  The Federal Defendants reserves the right to assert additional affirmative defenses in the

8   event that such additional affirmative defenses would be appropriate.

9

10          WHEREFORE, for the reasons set forth above, the Federal Defendants assert that this

11  action should be dismissed and judgment entered in their favor, with appropriate costs awarded.

12                                            Respectfully submitted,

13

14                                            JOSEPH P. RUSSONIELLO
                                              United States Attorney

15

16  Dated: March 31, 2008                     _____/s/_____
                                               MICHAEL T. PYLE
17                                            Assistant United States Attorney
                                              Attorneys for Federal Defendants

18

19

20

21

22

23

24

25

26

27

28

ANSWER OF FEDERAL DEFENDANTS
C08-1079 WHA                        14