IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HIGH SIERRA HIKERS ASSOCIATION,

    Plaintiff,

  v.

UNITED STATES DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE, and SEQUOIA AND KINGS CANYON NATIONAL PARKS,

    Defendants.

                    /

No. C 08-01079 WHA

**ORDER OF RECUSAL**

      The undersigned hereby **RECUSES** himself from this case. For the record, if the only concern was the fact that the undersigned's former law firm is counsel in the case, then recusal would not be warranted, sufficient time having passed. Other considerations, however, are present. For good cause, the undersigned hereby recuses himself from this case and requests that the case be reassigned pursuant to the provisions of Paragraph E.2 of the Assignment Plan.

      All pending dates of case management conferences, motions, pretrial conferences and trial are hereby **VACATED** and are to be reset by the newly-assigned judge.

    **IT IS SO ORDERED.**

Dated: April 21, 2008.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE