ALISON M. TUCHER (CSBN 171363)
(Email: ATucher@mofo.com)
BROOKS M. BEARD (CSBN 181271)
(Email: BBeard@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION


JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7322
Facsimile:  (415) 436-6748
Email:  Michael.T.Pyle@usdoj.gov

Attorneys for UNITED STATES DEPARTMENT OF THE
INTERIOR, NATIONAL PARKS SERVICE, and SEQUOIA
AND KINGS CANYON NATIONAL PARKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>        Defendants. | Case No.   C 08-1079 SC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>CMC:   August 15, 2008<br>Time:  10:00 a.m.<br>Ctrm:   1<br>Judge:  Honorable Samuel Conti |

1       Plaintiff High Sierra Hikers Association ("HSHA") and Defendants the United States Department of the Interior, National Parks Service, and Sequoia and Kings Canyon National Parks (collectively, "Federal Defendants") jointly submit this Supplemental Joint Case Management Conference Statement pursuant to Civil Local Rules 16-9 and 16-10, in anticipation of the Case Management Conference scheduled for 10:00 a.m. on August 15, 2008.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

The following progress or changes have occurred since the parties filed their Joint Case Management Statement on June 5, 2008.

1. On June 11, 2008, the parties held a conference call with ADR Program staff attorney Robin Siefkin and requested an Early Settlement Conference with Magistrate Judge Chin or Spero. Ms. Siefkin stated she would recommend the Early Settlement Conference option to the Court, along with the parties' magistrate judge preferences (noting, however, that she could not promise Magistrate Chin or Spero would be assigned).

2. On June 26, 2008, the Federal Defendants produced approximately 21,475 pages of documents in response to HSHA's March 23, 2005 Freedom of Information Act request. The Federal Defendants currently expect to make a supplemental production of documents and produce a *Vaughn* Index for withheld documents prior to the August 15, 2008 Case Management Conference.

Respectfully submitted,

Dated: August 5, 2008

ALISON M. TUCHER
BROOKS M. BEARD
MORRISON & FOERSTER LLP

By:    /s/ Brooks M. Beard
      BROOKS M. BEARD
      Attorneys for Plaintiff HIGH SIERRA
      HIKERS ASSOCIATION

| | | |
|---|---|---|
| 1 | Dated: August 5, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | | By:  /s/ Michael T. Pyle |
| 4 | | MICHAEL T. PYLE<br>Assistant United States Attorney |
| 5 | | Attorneys for UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARKS SERVICE, and SEQUOIA AND KINGS CANYON NATIONAL PARKS |