UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-1079              SAMUEL CONTI             DATE August 15, 2008
Case Number            Judge

Title: HIGH SIERRA HIKERS ASSOC.  vs U.S. DEPT. OF THE INTERIOR, et al.

Attorneys: BROOKS BEARD            MICHAEL PYLE

Deputy Clerk: T. De Martini    Court Reporter: Kathy Sullivan

Court   Pltf's   Deft's
(XXX)   ( )     ( )   1. Status Conference - Held

( )     ( )     ( )   2.

( )     ( )     ( )   3.

( )     ( )     ( )   4.

( )     ( )     ( )   5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to 12/5/08 @ 10:00 a.m. for Further Status Conference

Case Continued to_____ for_____

ORDERED AFTER HEARING: Case Referred to a Magistrate Judge for a Settlement Conference

cc: