ALISON M. TUCHER (CSBN 171363)
(Email: ATucher@mofo.com)
BROOKS M. BEARD (CSBN 181271)
(Email: BBeard@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION


JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7322
Facsimile:  (415) 436-6748
Email:  Michael.T.Pyle@usdoj.gov

Attorneys for UNITED STATES DEPARTMENT OF THE
INTERIOR, NATIONAL PARKS SERVICE, and SEQUOIA
AND KINGS CANYON NATIONAL PARKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | Case No. C 08-1079 SC<br><br>STIPULATION RESETTING FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON<br><br>CMC:  December 5, 2008<br>Time:  10:00 a.m.<br>Ctrm:  1<br>Judge: Honorable Samuel Conti |

1       WHEREAS, at the case management conference held in this matter on August 15, 2008,

2   the Court ordered the case referred to a Magistrate Judge for a settlement conference, and set a

3   further case management conference on December 5, 2008 at 10:00 a.m.; and

4       WHEREAS the goal of the parties to this litigation was that the settlement conference

5   would take place prior to the further case management conference; and

6       WHEREAS, the case was subsequently assigned to Magistrate Judge Laporte for a

7   settlement conference; and

8       WHEREAS, Magistrate Judge Laporte set the case for settlement conference, based on

9   her availability, to December 5, 2008 at 9:30 a.m.; and

10       WHEREAS, as a result, the further case management conference set by this Court for

11   December 5, 2008, now falls on the same date currently scheduled for the settlement conference;

12   and

13       WHERAS, this would be the first continuance of any kind in this case and the parties

14   cannot conceive of any prejudice from this continuance,

15       NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto,

16   through their counsel of record, and subject to the Court's approval, that the further case

17   management conference currently set in this matter for December 5, 2008 at 10:00 a.m. shall be

18   reset to December 19, 2008 at 10:00 a.m., or such other date thereafter as is convenient for the

19   Court.

20                                Respectfully submitted,

21

22   Dated: October 9, 2008         ALISON M. TUCHER
                                    BROOKS M. BEARD

23                                  MORRISON & FOERSTER LLP

24                            By:   /s/ Brooks M. Beard

25                               BROOKS M. BEARD
                               Attorneys for Plaintiff HIGH SIERRA

26                               HIKERS ASSOCIATION

27

28

1

      Dated: October 9, 2008          JOSEPH P. RUSSONIELLO
                                        United States Attorney

2

3
                                        By:    /s/ Michael T. Pyle

4
                                            MICHAEL T. PYLE
                                            Assistant United States Attorney

5
                                      Attorneys for UNITED STATES
DEPARTMENT OF THE INTERIOR,

6
                                      NATIONAL PARKS SERVICE, and SEQUOIA
AND KINGS CANYON NATIONAL PARKS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2
      I, Brooks M. Beard, am the ECF User whose ID and password are being used to file this

3
Stipulation Resetting Further Case Management Conference.  In compliance with General Order

4
45, X.B., I hereby attest that Michael T. Pyle has concurred in this filing.

5
      Dated:    October 9, 2008        MORRISON & FOERSTER LLP

6

7
                                             By: /s/  Brooks M. Beard

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2

    Pursuant to stipulation, IT IS SO ORDERED.

3

    The further case management conference currently scheduled for December 5, 2008 at

4

10:00 a.m. is hereby continued to December 19, 2008 at 10:00 a.m.

5

6

DATED: _____10/15/08_____



7

    The Honorable Samuel Conti
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28