BROOKS M. BEARD (CSBN 181271)
(Email: BBeard@mofo.com)
ANGELA E. KLEINE (CSBN 255643)
(Email: AKleine@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
Email: Michael.T.Pyle@usdoj.gov

Attorneys for UNITED STATES DEPARTMENT OF THE
INTERIOR, NATIONAL PARKS SERVICE, and SEQUOIA
AND KINGS CANYON NATIONAL PARKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Case No. C 08-1079 SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TREATMENT OF PRIVILEGED AND CONFIDENTIAL DOCUMENTS<br><br>Honorable Elizabeth D. Laporte |

STIPULATION AND ORDER REGARDING PRIVLIEGED AND CONFIDENTIAL DOCUMENTS
C 08-1079 SC
sf-2633934

1

Plaintiff High Sierra Hikers Association ("High Sierra") and Defendants United States Department of the Interior, National Parks Service, and Sequoia and Kings Canyon National Parks (together "Defendants"), collectively referred to as the "Parties," by and through their respective counsel, stipulate as follows:

1. the Parties are attempting to settle this matter with the assistance of Magistrate Judge Laporte;

2. one of the remaining disputed issues is whether High Sierra should recover some or all of its attorneys' fees and costs and, if so, in what amount ("Fee Claim");

3. to help Defendants evaluate High Sierra's Fee Claim and settlement demand, High Sierra will provide Defendants with copies of its counsel's billing and cost records ("Billing Materials");

4. before producing the Billing Materials, High Sierra shall mark them with Bates numbers and as "Billing Materials; For Settlement Purposes Only;"

5. High Sierra considers the Billing Materials to privileged and confidential, subject to both the attorney-client privilege and the work-product doctrine;

6. by disclosing the Billing Materials to Defendants, High Sierra does not intend to, and is not, waiving any or all confidentiality and privilege protections;

7. by receiving the Billing Materials, Defendants agree that High Sierra is not waiving any confidentiality and privilege protections as to those documents and further agree that they will not use in any way High Sierra's production of the Billing Materials in this settlement context as a basis for claiming or arguing, in whole or in part, that High Sierra has waived any applicable privilege, however Defendants contend that the Billing Materials are not confidential or privileged and would be subject to disclosure to Defendants in connection with any motion about a Fee Claim;

8. Defendants agree that the Billing Materials, and any information derived there from, shall only be disclosed to and viewed by Assistant United States Attorney Michael T. Pyle and United States Department of the Interior Assistant Field Solicitor Deborah S. Bardwick unless Defendants obtain advance written permission from High Sierra to do so, however, Mr. Pyle and

1  Ms. Bardwick may share their assessment of the Billing Materials and the total dollar amount of

2  the Fee Claim with their respective superiors for purposes of obtaining any necessary approvals to

3  settle the Fee Claim, so long as they do not disclose any of the content of the Billing Materials;

4      9.   subject to the provisions and agreements set forth above, High Sierra agrees that the

5  Billing Materials may be disclosed to Judge Laporte solely in connection with efforts to settle this

6  matter;

7      10. Defendants shall not make copies of any portion or all of the Billing Materials unless

8  Defendants obtain advance written permission from High Sierra to do so;

9      11. if this matter does not settle, at the conclusion of the Parties' settlement discussions

10 (and in any case prior to the due date for filing summary judgment motions), Defendants shall

11 return all Billing Materials to High Sierra's counsel and shall destroy any notes or other work

12 product that contains any information obtained from the Billing Materials; and

13     12. within ten calendar days after complying with Paragraph 11 above, Defendants shall

14 provide High Sierra with written notice that they have complied with Paragraph 11.

15     Respectfully submitted,

16 Dated: January 28, 2009    BROOKS M. BEARD
    ANGELA E. KLEINE
17     MORRISON & FOERSTER LLP

18

19     By:   /s/ Brooks M. Beard
    BROOKS M. BEARD

20     Attorneys for Plaintiff HIGH SIERRA HIKERS
    ASSOCIATION
21

22 Dated: January 28, 2009    JOSEPH P. RUSSONIELLO
    United States Attorney
23

24     By:   /s/ Michael T. Pyle
    MICHAEL T. PYLE
25     Assistant United States Attorney

26     Attorneys for UNITED STATES
    DEPARTMENT OF THE INTERIOR,
27     NATIONAL PARKS SERVICE, and SEQUOIA
    AND KINGS CANYON NATIONAL PARKS

28

**ATTESTATION OF E-FILED SIGNATURE**

I, Brooks M. Beard, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Treatment of Privileged and Confidential Documents. In compliance with General Order 45, X.B., I hereby attest that Michael T. Pyle has concurred in this filing.

Dated:   January 28, 2009

By: /s/ Brooks M. Beard
BROOKS M. BEARD

STIPULATION AND ORDER REGARDING PRIVLIEGED AND CONFIDENTIAL DOCUMENTS
C 08-1079 SC
sf-2633934

4

**[PROPOSED] ORDER**

The agreements and requirements set forth in the Parties' stipulation are adopted as an Order of this Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 29, 2009

_____
Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*