1   BROOKS M. BEARD (CSBN 181271)
    (Email:  BBeard@mofo.com)
2   ANGELA E. KLEINE (CSBN 255643)
    (Email:  AKleine@mofo.com)
3   MORRISON & FOERSTER LLP
    425 Market Street, 32nd Floor
4   San Francisco, California 94105-2482
    Telephone:  (415) 268-7000
5   Facsimile:  (415) 268-7522

6
    Attorneys for Plaintiff
7   HIGH SIERRA HIKERS ASSOCIATION


8
    JOSEPH P. RUSSONIELLO (CSBN 44332)
9   United States Attorney
    JOANN M. SWANSON (CSBN 88143)
10  Chief, Civil Division
    MICHAEL T. PYLE (CSBN 172954)
11  Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
12  San Francisco, California 94102
    Telephone:  (415) 436-7322
13  Facsimile:  (415) 436-6748
    Email:  Michael.T.Pyle@usdoj.gov

14
    Attorneys for UNITED STATES DEPARTMENT OF THE
    INTERIOR, NATIONAL PARKS SERVICE, and SEQUOIA
15  AND KINGS CANYON NATIONAL PARKS

16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20

21  | HIGH SIERRA HIKERS ASSOCIATION, | Case No.   C 08-1079 SC |
    |---|---|
22  | Plaintiff, | STIPULATION REGARDING CONTINUANCE OF HEARING DATE |
23  | v. | ON CROSS MOTIONS FOR SUMMARY JUDGMENT; |
24  | UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | [PROPOSED] ORDER THEREON |
25  | Defendants. | Date:   May 29, 2009<br>Time:   10:00 a.m.<br>Ctrm:   1<br>Judge:  Honorable Samuel Conti |

STIPULATION AND ORDER RESETTING HEARING
C 08-1079 SC
sf-2675891

1

1   WHEREAS, a hearing date for Cross Motions for Summary Judgment is currently set for
2   May 29, 2009;
3   WHEREAS, April 24, 2009 is the last day for the Parties to file Cross Motions for
4   Summary Judgment in advance of the May 29, 2009 hearing date;
5   WHEREAS, the Parties have reached a settlement in principle with the assistance of
6   Magistrate Judge Laporte and are in the process of finalizing preparation of settlement
7   documents;
8   WHEREAS, the Parties believe that neither party will be prejudiced by continuing the
9   hearing date for the Cross Motions on Summary Judgment, and that it would be in the best
10  interest of all Parties, and would conserve judicial resources, to continue the hearing.
11  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto,
12  through their counsel of record, and subject to the Court's approval, that the hearing on Cross
13  Motions for Summary Judgment currently set in this matter for May 29, 2009 at 10:00 a.m. shall
14  be reset to July 10, 2009 at 10:00 a.m., or such other date thereafter as is convenient for the Court.

Respectfully submitted,

Dated: April 24, 2009

BROOKS M. BEARD
ANGELA E. KLEINE
MORRISON & FOERSTER LLP

By:   /s/ Brooks M. Beard
BROOKS M. BEARD
Attorneys for Plaintiff HIGH SIERRA
HIKERS ASSOCIATION

Dated: April 24, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

By:   /s/ Michael T. Pyle
MICHAEL T. PYLE
Assistant United States Attorney

Attorneys for UNITED STATES DEPARTMENT
OF THE INTERIOR, NATIONAL PARKS
SERVICE, and SEQUOIA AND KINGS
CANYON NATIONAL PARKS

STIPULATION AND ORDER RESETTING HEARING
C 08-1079 SC
sf-2675891

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Angela E. Kleine, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Brooks M. Beard and Michael T. Pyle have concurred in this filing.

Dated:   April 24, 2009            MORRISON & FOERSTER LLP

By: /s/  Angela E. Kleine

1 **[PROPOSED] ORDER**

2    Pursuant to stipulation, IT IS SO ORDERED.

3    The hearing on cross motions for summary judgment currently scheduled for May 29, 2009 at 10:00 a.m. is hereby continued to July 10, 2009, at 10:00 a.m.

DATED: __April 24, 2009__     _____
The Honorable Samuel Conti
United States District Judge



STIPULATION AND ORDER RESETTING HEARING
C 08-1079 SC
sf-2675891

4