1  BROOKS M. BEARD (CSBN 181271)
   (Email:  BBeard@mofo.com)
2  ANGELA E. KLEINE (CSBN 255643)
   (Email:  AKleine@mofo.com)
3  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
4  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522

6  Attorneys for Plaintiff
7  HIGH SIERRA HIKERS ASSOCIATION


8  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
9  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
10 MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
11 450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
12 Telephone:  (415) 436-7322
   Facsimile:  (415) 436-6748
13 Email:  Michael.T.Pyle@usdoj.gov

14 Attorneys for UNITED STATES DEPARTMENT OF THE
   INTERIOR, NATIONAL PARKS SERVICE, and SEQUOIA
15 AND KINGS CANYON NATIONAL PARKS

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20

21 | HIGH SIERRA HIKERS ASSOCIATION,         | Case No.   C 08-1079 SC
22 |                  Plaintiff,             | STIPULATION REGARDING
                                              CONTINUANCE OF HEARING DATE
23 |        v.                               | ON CROSS MOTIONS FOR
                                              SUMMARY JUDGMENT;
24 | UNITED STATES DEPARTMENT OF THE         | [PROPOSED] ORDER THEREON
     INTERIOR, et al.,
25 |                                         | Date:   July 10, 2009
   |                  Defendants.            | Time:   10:00 a.m.
26                                             Ctrm:   1
                                              Judge:  Honorable Samuel Conti
27

28

STIPULATION AND ORDER RESETTING HEARING
C 08-1079 SC                                                                 1
sf-2695289

1  WHEREAS, a hearing date for Cross Motions for Summary Judgment is currently set for
2  July 10, 2009;

3  WHEREAS, June 5, 2009, is the last day for the Parties to file Cross Motions for
4  Summary Judgment in advance of the July 10, 2009 hearing date;

5  WHEREAS, the Parties reached a settlement in principle with the assistance of Magistrate
6  Judge Laporte and are continuing the process of finalizing preparation of settlement documents;

7  WHEREAS, the Parties believe that neither party will be prejudiced by continuing the
8  hearing date for the Cross Motions on Summary Judgment, and that it would be in the best
9  interest of all Parties, and would conserve judicial resources, to continue the hearing.

10  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto,
11  through their counsel of record, and subject to the Court's approval, that the hearing on Cross
12  Motions for Summary Judgment currently set in this matter for July 10, 2009 at 10:00 a.m. shall
13  be reset to August 7, 2009 at 10:00 a.m., or such other date thereafter as is convenient for the
14  Court.

Respectfully submitted,

Dated: June 5, 2009

BROOKS M. BEARD
ANGELA E. KLEINE
MORRISON & FOERSTER LLP

By:   /s/ Angela E. Kleine
ANGELA E. KLEINE
Attorneys for Plaintiff HIGH SIERRA
HIKERS ASSOCIATION

Dated: June 5, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

By:   /s/ Michael T. Pyle
MICHAEL T. PYLE
Assistant United States Attorney

Attorneys for UNITED STATES DEPARTMENT
OF THE INTERIOR, NATIONAL PARKS
SERVICE, and SEQUOIA AND KINGS
CANYON NATIONAL PARKS

STIPULATION AND ORDER RESETTING HEARING
C 08-1079 SC
sf-2695289

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Angela E. Kleine, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Brooks M. Beard and Michael T. Pyle have concurred in this filing.

Dated: June 5, 2009           MORRISON & FOERSTER LLP

By: /s/  Angela E. Kleine

1  **[PROPOSED] ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED.

3     The hearing on cross motions for summary judgment currently scheduled for July 10, 2009 at 10:00 a.m. is hereby continued to August ~~7~~ 14, 2009, at 10:00 a.m.

6  DATED: __June 5, 2009__



The Honorable Samuel Conti
United States District Judge