1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
5  Telephone: (415) 436-7322
   Facsimile: (415) 436-6748
6  Email: Michael.T.Pyle@usdoj.gov

7  Attorneys for UNITED STATES DEPARTMENT OF THE
   INTERIOR, NATIONAL PARKS SERVICE, and SEQUOIA
8  AND KINGS CANYON NATIONAL PARKS

9
   BROOKS M. BEARD (CSBN 181271)
10 (Email: BBeard@mofo.com)
   ANGELA E. KLEINE (CSBN 255643)
11 (Email: AKleine@mofo.com)
   MORRISON & FOERSTER LLP
12 425 Market Street, 32nd Floor
   San Francisco, California 94105-2482
13 Telephone: (415) 268-7000
   Facsimile: (415) 268-7522

14
   Attorneys for Plaintiff
15 HIGH SIERRA HIKERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>          Defendants. | Case No.   C 08-1079 SC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Ctrm:   1<br>Judge:  Honorable Samuel Conti |

STIPULATION AND AGREEMENT REGARDING SETTLEMENT AND DISMISSAL; PROPOSED ORDER
sf-2708807

1  Pursuant to the Stipulation and Agreement Regarding Settlement, a copy of which is filed
2  concurrently herewith, and which is incorporated into the stipulation and proposed order, it is
3  hereby stipulated by and among the parties to this action by and through their designated counsel
4  that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule
5  41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own fees and costs.

Respectfully submitted,

Dated: July 9, 2009

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

By:   /s/ *Michael T. Pyle*
      MICHAEL T. PYLE
      Assistant United States Attorney

Attorneys for UNITED STATES DEPARTMENT OF
THE INTERIOR, NATIONAL PARKS SERVICE, and
SEQUOIA AND KINGS CANYON NATIONAL PARKS

Dated: July 9, 2009

BROOKS M. BEARD
ANGELA KLEINE
MORRISON & FOERSTER LLP

By:   /s/ *Brooks M. Beard*
      BROOKS M. BEARD

Attorneys for HIGH SIERRA HIKERS ASSOCIATION

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:   July __10__, 2009

_____
HON. SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

**ATTESTATION OF E-FILED SIGNATURE**

I, Angela E. Kleine, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Brooks M. Beard and Michael T. Pyle have concurred in this filing.

Dated:   July 9, 2009                MORRISON & FOERSTER LLP

By:   /s/ Angela E. Kleine

STIPULATION AND AGREEMENT REGARDING SETTLEMENT AND DISMISSAL; PROPOSED ORDER      3
sf-2708807